**Appeal No. 22-1165**

# IN THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| JOHN ROE, | ) |
| | ) |
|     Plaintiff – Appellant, | ) |
| | ) **District Court No: 3:21-cv-00125-JPG** |
| v. | ) |
| | ) **District Judge J. Phil Gilbert** |
| MARVIN G. RICHARDSON, in his official capacity as acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, and MERRICK B. GARLAND, Attorney General of the United States, in his official capacity as Attorney General of the United States, | ) |
| | ) |
|     Defendants – Appellees. | ) |

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Comes now Plaintiff -Appellant John Roe, by and through their attorney, Thomas G. Maag and the Maag Law Firm, LLC, and respectfully moves this Honorable Court for an extension of time of ten days, to and including March 24, 2022, to file his opening brief. In support thereof, Plaintiff-Appellant states as follows:

1. Plaintiff's Appellant's opening brief is due on March 14, 2022.

2. That Defendant has also filed a notice of appeal, which has been assigned case no. 22-1165, whose briefing is suspended, pending resolution of a jurisdictional question posited in 22-1165.

3. That counsel for Plaintiff-Appellant has not been able to complete the opening brief, in the format required by this Court, due to an unusually busy schedule, and requests an extension of ten days, to file same, in the form required by this Court.

4. That this requested extension is not for purposes of delay, and no previous extensions have been sought in this case.

5. That the undersigned has contacted counsel for Defendant, who advised that he has no objection to the extension.

WHEREFORE, Plaintiff-Appellant humbly requests and extension of time, to and including March 24, 2022, to file his opening brief in this case.

Dated: March 14, 2022     Respectfully Submitted,

             Maag Law Firm, LLC

             By:s/<u>Thomas G. Maag</u>

             Thomas G. Maag #6272640
             Maag Law Firm, LLC
             22 West Lorena Avenue
             Wood River, IL 62095
             Phone: 618-216-5291
             tmaag@maaglaw.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filing using the CM/ECF system, which will served the following, via e-mail:

Steven Hazel, Attorney
DEPARTMENT OF JUSTICE
Civil Division, Appellate Staff
Suite 7216
950 Pennsylvania Avenue N.W.
Washington, DC 20530-0000

Dated: 3-14-2022              S/<u>Thomas G. Maag</u>